United States Bankruptcy Court
District of Nevada

In re: Case No. 26-50294-hlb
LARRY JUCEAM Chapter 7
MELISSA WEICK-JUCEAM
Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 24, 2026 | Form ID: 309A | Total Noticed: 72 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | LARRY JUCEAM, MELISSA WEICK-JUCEAM, 966 AUGUSTA LANE, FALLON, NV 89406-3489 |
| 12908536 | + | ACADEMY BANK, 1201 WALNUT ST., SUITE 1100, Kansas City, MO 64106-2240 |
| 12908541 | + | ANYDAY DENTAL ELKO, 2575 NORTH 5TH ST STE A, Elko, NV 89801-2468 |
| 12908543 | + | BIGGEST LITTLE RADIO, 25 E. MAIN ST., Fernley, NV 89408-7735 |
| 12908544 | + | BIOVENTUS, PO BOX 73923, Dallas, TX 75373-0001 |
| 12908550 | + | CLOVER, PO BOX 17384, Denver, CO 80217-0384 |
| 12908554 | + | DEPARTMENT OF EMPLOYMENT TRAINING&REHAB, EMPLOYMENT SECURITY DIVISION, 500 EAST THIRD STREET, Carson City, NV 89713-0002 |
| 12908565 | + | FALLON PHYSICAL THERAPY, 2180 RENO HIGHWAY, Fallon, NV 89406-2629 |
| 12908584 | + | RENOWN HEALTH, PO BOX 4072, Alameda, CA 94501-0401 |
| 12908586 | | REPUBLIC BANK, PO BOX 927830, San Diego, CA 92192-7830 |
| 12908588 | + | ROBERTA OHLINGER-JOHNSON, Acct No 379363021097477, 400 SHADOW LANE SUITE 211, Las Vegas, NV 89106-4362 |
| 12908589 | | SIMONMED RENO, PLLC, DEPT 710075 PO BOX 541670, Los Angeles, CA 90051 |
| 12908595 | | SWIFT INSTITUTE, PO BOX 104100, Belfast, ME 04915 |
| 12908594 | + | SWIFT INSTITUTE, 10381 DOUBLE R. BLVD., Reno, NV 89521-5991 |
| 12908596 | + | SWIFT SURGERY CENTER, 343 ELM ST. STE 100, Reno, NV 89503-4504 |
| 12908603 | + | UNITED STATES ATTORNEY, 100 W. LIBERTY STREET #600, Reno, NV 89501-1930 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: tricia@darbylawpractice.com | Mar 25 2026 02:09:00 | TRICIA M. DARBY, DARBY LAW PRACTICE, LTD., 499 W. PLUMB LANE, SUITE 202, RENO, NV 89509 |
| tr | + | EDI: FBSIMS | Mar 25 2026 05:58:00 | BRADLEY G. SIMS, BRADLEY G SIMS, CHAPTER 7 TRUSTEE, 1344 DISC DR. #1138, SPARKS, NV 89436-0684 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Mar 25 2026 02:10:00 | U.S. TRUSTEE - RN - 7, 300 BOOTH STREET, STE 3009, RENO, NV 89509-1362 |
| 12908540 | + | Email/Text: ebn@americollect.com | Mar 25 2026 02:10:00 | AMERICOLLECT, PO BOX 1505, Manitowoc, WI 54221-1505 |
| 12908538 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 25 2026 02:14:14 | Affirm, Inc., Acct No 3P2M9AFY, Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 12908537 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 25 2026 02:14:20 | Affirm, Inc., Acct No AMFOXQ0G, Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 12908539 | + | Email/Text: bankruptcy@acacceptance.com | Mar 25 2026 02:10:00 | American Credit Acceptance, Acct No 90124587581, Attn: Bankruptcy, 961 E Main St, Fl 2, Spartanburg,, SC 29302-2185 |
| 12908542 | + | Email/Text: PBMBadDebt@bannerhealth.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Mar 25 2026 02:10:00 | BANNER HEALTH, PO BOX 741275, Los Angeles, CA 90074-1275 |
| 12908548 | + | Email/Text: dl-csgbankruptcy@charter.com | Mar 25 2026 02:10:00 | CHARTER COMMUNICATIONS, PO BOX 94188, Palatine, IL 60094-4188 |
| 12908552 | | Email/Text: cfcbackoffice@contfinco.com | Mar 25 2026 02:10:00 | Continental Finance Co, Acct No 5166488617513748, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 12908553 | | Email/Text: cfcbackoffice@contfinco.com | Mar 25 2026 02:10:00 | Continental Finance Company, Acct No 5346360229252663, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 12908545 | + | Email/Text: collection@capedcu.com | Mar 25 2026 02:09:00 | CapEd FCU, Acct No 8712070L0002, Attn: Bankruptcy, Po Box 570, Meridian, ID 83680-0570 |
| 12908546 | + | EDI: CAPITALONE.COM | Mar 25 2026 05:58:00 | Capital One, Acct No 5178058904519694, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12908547 | + | EDI: CAPONEAUTO.COM | Mar 25 2026 05:58:00 | Capital One Auto Finance, Acct No 62010462543811001, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 12908549 | + | EDI: CITICORP | Mar 25 2026 05:58:00 | Citibank/The Home Depot, Acct No 6035321000291472, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 12908551 | + | Email/Text: ccbxcredit_bkprocessing@coastalbank.com | Mar 25 2026 02:10:00 | Coastalcom, Acct No 429654I, Attn: Bankruptcy, Po Box 12220, Everett, WA 98206-2220 |
| 12908555 | + | Email/Text: paperwork@dontbebroke.com | Mar 25 2026 02:10:00 | Dollar Loan Center, Acct No 2961172, Attn: Bankruptcy, 8860 West Sunset Road, Las Vegas, NV 89148-4898 |
| 12908558 | + | Email/Text: EBN@edfinancial.com | Mar 25 2026 02:10:00 | Edfinancial Services L, Acct No 11561318851E00720211029230509, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 12908556 | + | Email/Text: EBN@edfinancial.com | Mar 25 2026 02:10:00 | Edfinancial Services L, Acct No 11561318851E00820221222230509, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 12908557 | + | Email/Text: EBN@edfinancial.com | Mar 25 2026 02:10:00 | Edfinancial Services L, Acct No 11561318851E00920231229231229, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 12908564 | + | Email/Text: EBN@edfinancial.com | Mar 25 2026 02:09:00 | Edfinancial Services L, Acct No 11561318851E00120180501230509, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 12908560 | + | Email/Text: EBN@edfinancial.com | Mar 25 2026 02:09:00 | Edfinancial Services L, Acct No 11561318851E00220180501230509, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 12908563 | + | Email/Text: EBN@edfinancial.com | Mar 25 2026 02:09:00 | Edfinancial Services L, Acct No 11561318851E00320190606230509, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 12908561 | + | Email/Text: EBN@edfinancial.com | Mar 25 2026 02:09:00 | Edfinancial Services L, Acct No 11561318851E00420190606230509, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 12908562 | + | Email/Text: EBN@edfinancial.com | Mar 25 2026 02:10:00 | Edfinancial Services L, Acct No 11561318851E00520200817230509, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 12908559 | + | Email/Text: EBN@edfinancial.com | Mar 25 2026 02:10:00 | Edfinancial Services L, Acct No 11561318851E00620200817230509, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 12908566 | ^ | MEBN | Mar 25 2026 02:06:26 | FMS INC., 4915 SOUTH UNION AVENUE, Tulsa, OK 74107-7839 |

| | | | |
|---|---|---|---|
| 12908568 | ^ MEBN | Mar 25 2026 02:06:16 | FORTIVA, PO BOX 650847, Dallas, TX 75265-0847 |
| 12908567 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 25 2026 02:09:00 | Fortiva, Acct No 5427840014694999, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 12908569 | + EDI: AMINFOFP.COM | Mar 25 2026 05:58:00 | Fst Premier, Acct No 5178008150561395, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 12908570 | ^ MEBN | Mar 25 2026 02:06:06 | GUGLIELMO & ASSOCIATES, PO BOX 41688, Tucson, AZ 85717-1688 |
| 12908571 | + Email/Text: bpcsbk@gmail.com | Mar 25 2026 02:10:00 | HOSPITAL COLLECTION SERVICES, 816 S. CENTER ST., Reno, NV 89501-2306 |
| 12908572 | + EDI: IRS.COM | Mar 25 2026 05:58:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 12908573 | + EDI: JEFFERSONCAP.COM | Mar 25 2026 05:58:00 | Jefferson Capital Systems, Llc, Acct No 4141254121003, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 12908574 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 02:14:14 | LVNV FUNDING, 355 S MAIN STREET, Greenville, SC 29601-2923 |
| 12908575 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 02:14:06 | LVNV Funding LLC/Resurgent Capital Servi, Acct No 379364025832885, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 12908578 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 02:14:06 | LVNV Funding LLC/Resurgent Capital Servi, Acct No 379363021097477, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 12908576 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 02:14:05 | LVNV Funding LLC/Resurgent Capital Servi, Acct No 6044191052479559, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 12908579 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 02:14:14 | LVNV Funding LLC/Resurgent Capital Servi, Acct No 4447962538068093, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 12908577 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 02:14:14 | LVNV Funding LLC/Resurgent Capital Servi, Acct No 4447962512734587, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 12908582 | + Email/Text: tax-bankruptcy@tax.state.nv.us | Mar 25 2026 02:10:00 | NEVADA DEPARTMENT OF TAXATION, 3850 ARROWHEAD DR., Carson City, NV 89706-7939 |
| 12908581 | + Email/Text: compliance@nbfact.com | Mar 25 2026 02:10:00 | National Business Factors, Acct No 3001162, Attn: Bankruptcy, 969 Mica Drive, Carson City, NV 89705-7170 |
| 12908583 | + Email/Text: bk@dlflaw.com | Mar 25 2026 02:10:00 | RENOWN ANESTHESIOLOGY, 225 S. EXECUTIVE DR., Brookfield, WI 53005-4257 |
| 12908585 | + Email/Text: bankruptcy@rentacenter.com | Mar 25 2026 02:10:00 | RENT-A-CENTER, 5501 HEADQUARTERS DRIVE, Plano, TX 75024-5845 |
| 12908587 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 02:14:05 | RESURGENT CAPITAL SERVICES, PO BOX 510090, Livonia, MI 48151-6090 |
| 12908591 | + Email/Text: SWGBANKRUPTCY@SWGAS.COM | Mar 25 2026 02:10:00 | SOUTHWEST GAS, PO BOX 24531, Oakland, CA 94623-1531 |
| 12908592 | + Email/Text: dl-csgbankruptcy@charter.com | Mar 25 2026 02:10:00 | SPECTRUM, 400 WASHINGTON BOULEVARD, Stamford, CT 06902-6641 |
| 12908590 | + Email/Text: ssa.bankruptcy@ssa.gov | Mar 25 2026 02:10:00 | Social Security Adminstration, Acct No |

| | | | | |
|---|---|---|---|---|
| | | | | 558635390A0, Office of Regional Commissioner, 26 Federal Plaza Rm40-120, New York, NY 10278-0004 |
| 12908593 | + | EDI: AGFINANCE.COM | Mar 25 2026 05:58:00 | Springlf Fin, Acct No 4255171008312904, Po Box 1010, Evansville, IN 47706-1010 |
| 12908597 | ^ | MEBN | Mar 25 2026 02:06:50 | TOTAL VISA, PO BOX 5237, Sioux Falls, SD 57117-5237 |
| 12908599 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 25 2026 02:10:00 | TRANSWORLD SYSTEMS INC, PO BOX 15130, Wilmington, DE 19850-5130 |
| 12908600 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 25 2026 02:10:00 | TRANSWORLD SYSTEMS INC., PO BOX 15520, Wilmington, DE 19850-5520 |
| 12908601 | + | Email/Text: accountservicing@trueaccord.com | Mar 25 2026 02:10:00 | TRUEACCORD, 16011 COLLEGE BLVD STE 130, Lenexa, KS 66219-9877 |
| 12908598 | + | EDI: TCISOLUTIONS.COM | Mar 25 2026 05:58:00 | Total Visa/tbom/vt, Acct No 4057310903249818, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 12908602 | + | Email/Text: bankruptcynotices@sba.gov | Mar 25 2026 02:10:00 | U.S. SMALL BUSINESS ADMINISTRATION, OFFICE OF GENERAL COUNSEL, 312 N. SPRING ST., 5TH FLOOR, Los Angeles, CA 90012 |
| 12908604 | | Email/Text: Jessica@valleycollection.com | Mar 25 2026 02:10:00 | VALLEY COLLECTION SERVICE, LLC, PO BOX 10130, Glendale, AZ 85318 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12908580 | | MICHAEL BERKICH |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026 Signature: /s/Gustava Winters

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | LARRY JUCEAM<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–5390 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | MELISSA WEICK–JUCEAM<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–1664 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Nevada | Date case filed for chapter: | 7 3/24/26 |
| Case number: | 26–50294–hlb | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | LARRY JUCEAM | MELISSA WEICK–JUCEAM |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 966 AUGUSTA LANE<br>FALLON, NV 89406 | 966 AUGUSTA LANE<br>FALLON, NV 89406 |
| 4. | **Debtor's attorney**<br>Name and address | TRICIA M. DARBY<br>DARBY LAW PRACTICE, LTD.<br>499 W. PLUMB LANE<br>SUITE 202<br>RENO, NV 89509 | Contact phone 775–322–1237<br>Email: tricia@darbylawpractice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | BRADLEY G. SIMS<br>BRADLEY G SIMS, CHAPTER 7 TRUSTEE<br>1344 DISC DR. #1138<br>SPARKS, NV 89436 | Contact phone 775–364–5505 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Booth Street<br>Reno, NV 89509 | Office Hours: 9:00 AM – 4:00 PM<br><br>Contact phone: (775) 326–2100<br><br>Date: 3/24/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 23, 2026 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 747 939 7910, and Passcode 7753645505, OR call 1 775 501 6884** |
| | **For additional meeting information, go to www.justice.gov/ust/moc** | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/22/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |