NVB 4001 (Rev. 09/20)

# * * § 362 INFORMATION SHEET * *

Larry Juceam
Melissa Weick-Juceam
DEBTOR

26-50294-hlb
BK-

MOTION #:

Capital Educators Federal Credit Union
MOVANT

CHAPTER: 7

***Certification of Attempt to Resolve the Matter Without Court Action:***

*Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(2), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.*

*Date:* 05/27/2026 *Signature:* /s/ Jeffrey G. Sloane, Esq.
*Attorney for Movant*

Note for parties not represented by an attorney: Information about motions for relief from the automatic stay is available at the U.S. Bankruptcy Court's website: https://www.nvb.uscourts.gov/filing/filing-pro-se/legal-services/.

PROPERTY INVOLVED IN THIS MOTION: 2006 FWTT BOUNDER 32; VIN#1F6NF53Y660A06027
NOTICE SERVED ON: Debtor(s) ✓ ; Debtor's counsel ✓ ; Trustee ✓ ;
DATE OF SERVICE: on or about 06/03/2026

MOVING PARTY'S CONTENTIONS:
The EXTENT and PRIORITY of LIENS:

1st $35,449.03
2nd
3rd
4th
Other:
Total Encumbrances:

APPRAISAL of OPINION as to VALUE:

$15,000.00

DEBTOR'S CONTENTIONS:
The EXTENT and PRIORITY of LIENS:

1st
2nd
3rd
4th
Other:
Total Encumbrances:

APPRAISAL of OPINION as to VALUE:

TERMS of MOVANT'S CONTRACT with the DEBTOR(S)::

Amount of Note: $39,026.89
Interest Rate: 12.45%
Duration: 144 months
Payment per Month: $523.27
Date of Default: 12/10/2025 - 05/10/2026
Amount in Arrears: $3,063.51
Date of Notice of Default:
SPECIAL CIRCUMSTANCES:

SUBMITTED BY: /s/ Jeffrey G. Sloane, Esq.

DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT :

.
.
.
.
.
.
.

SPECIAL CIRCUMSTANCES:

SUBMITTED BY:
SIGNATURE:

**The Sloane/Tygret Law Group**
Jeffrey G. Sloane, Esq.
Nevada Bar No. 784
Rachel S. Tygret, Esq.
Nevada Bar No. 14120
510 South 8th Street
Las Vegas, Nevada 89101
Main: (725) 238-6011
Direct (702) 269-8570
Email: jeff@jsloanelaw.com
Email: rachel@jsloanelaw.com
Attorneys for Creditor
Capital Educators Federal Credit Union

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| In Re:<br><br>Larry Juceam<br><br>Melissa Weick-Juceam<br><br>Debtors. | In Proceedings Under Chapter 7<br><br>BK-26-50294-hlb<br><br>Trustee: Bradley G. Sims<br><br>Date: July 7, 2026<br>Time: 1:30 p.m. |

**MOTION FOR RELIEF FROM STAY**

COMES NOW, Creditor, Capital Educators Federal Credit Union, (hereinafter referred to as the "Creditor"), the holder of a secured claim in the above-captioned matter, by and through its attorney, Jeffrey G. Sloane, Esq., of The Sloane/Tygret Law Group, and hereby moves this Court, pursuant to §362 of the Bankruptcy Code and Bankruptcy Rule 4001, for relief from the Automatic Stay. In support of its Motion, Creditor respectfully represents to the Court as follows:

1. On or about March 24, 2026, Larry Juceam and Melissa Weick-Juceam (hereinafter referred to as "Debtors"), filed a voluntary petition under 7 of the Bankruptcy Code.

THE SLOANE/TYGRET LAW GROUP
510 South 8th Street
Las Vegas, Nevada 89101
(725) 238-6011

2. Creditor is the lienholder of a certain motor vehicle, described as 2006 FWTT BOUNDER 32; VIN#1F6NF53Y660A06027 in which Creditor holds a perfected security interest. True and correct copies of the Certificate of Title and Simple Interest Contract and Security Agreement (hereinafter referred to as "Contract") are attached hereto and incorporated herein by this reference as Exhibits "1" and "2", respectively.
3. On or about April 10, 2021, the Debtors executed the Contract and agreed to pay Creditor 144 equal monthly installment in the amount of $523.24. Debtors also agreed, pursuant to the Contract, to maintain payments adequate insurance to protect Creditor's interest in said vehicle.
4. That the balance currently due and owing to Creditor is $35,449.03, exclusive of fees and costs.
5. That the Debtors are post-petition past due for the months of December 10, 2025 through and including May 10, 2026, in the amount of $3,063.51 exclusive of fees and costs.
6. The present and approximate wholesale value of said vehicle is $15,000.00.
7. Creditor's interests are inadequately protected to the extent that the vehicle depreciates in value with the passing of time. Furthermore, Creditor's risk of loss continues to grow by virtue of the fact that the Debtors have failed to remain current with the monthly payments due to the Creditor pursuant to the terms of the Contract.
8. The Court, pursuant to 11 U.S.C. §362(d), may grant relief from the Automatic Stay for cause, or where there is no equity in the property and such property is not necessary to an effective reorganization. Creditor contends that the Debtors failure to make timely payments pursuant to the Contract is an appropriate and compelling reason to grant relief from stay where, as here, there is no equity cushion to sustain and justify retention of the vehicle by the Debtors. Creditor further contends that timely contractual payments represent the only method by which it may be adequately protected in the present matter.

THE SLOANE/TYGRET LAW GROUP
510 South 8th Street
Las Vegas, Nevada 89101
(725) 238-6011

9. Based upon the foregoing, Creditor's security interest in said vehicle has been jeopardized and will remain in jeopardy if the Automatic Stay is not terminated, thereby allowing Creditor to secure and liquidate its collateral to avoid further loss and damage.

**WHEREFORE**, Creditor prays that the Court enter an Order terminating the Automatic Stay pursuant to 11 U.S.C. §362 and waive the 14-day period set forth in the Bankruptcy Rule 4001 (a)(3) as to the Debtors and Debtors' Estate so that Creditor may pursue its rights and remedies provided in the Contract and under applicable law.

DATED: June 3, 2026.

BY: /s/ Jeffrey G. Sloane, Esq.
Jeffrey G. Sloane, Esq.
Nevada Bar No. 784
510 South 8th Street
Las Vegas, Nevada 89101
Telephone: (725) 238-6011
jeff@jsloanelaw.Com
Attorneys For Creditor
Capital Educators Federal Credit Union

THE SLOANE/TYGRET LAW GROUP
510 South 8th Street
Las Vegas, Nevada 89101
(725) 238-6011

EXHIBIT 1

THE SLOANE/TYGRET LAW GROUP
510 South 8th Street
Las Vegas, Nevada 89101
(725) 238-6011

vitu

Collateral Management Solutions
9750 Goethe Road | Sacramento, CA 95827
www.Vitu.com

# Capital Educators Federal Credit Union

## Lien and Title Information

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | CA0035 |
| **Lienholder** | CAPITAL EDUCATORS FCU |
| **Lienholder Address** | P.O. BOX 570<br>MERIDIAN, ID 83680 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 1F6NF53Y660A06027 | **Issuance Date** | 7/9/2021 |
| **Title Number** | ET013818782 | **Received Date** | 7/21/2021 |
| **Title State** | NV | **ELT/Paper** | ELECTRONIC |
| **Year** | 2006 | **Odometer Reading** | 0 |
| **Make** | FWTT | **Branding** | |
| **Model** | BOUNDER/ 3 | | |

| | |
|---|---|
| **Owner 1** | WEICK MELISSA JEANNE |
| **Owner 2** | JUCEAM LARRY MICHAEL |
| **Owner Address** | 2375 ACADEMIC WAY<br>OWYHEE, NV 89832 |

**Printed:** Friday, May 22, 2026 9:33:08 AM PST

EXHIBIT 2

THE SLOANE/TYGRET LAW GROUP
510 South 8th Street
Las Vegas, Nevada 89101
(725) 238-6011

**LAW 553-ID-eps 4/20**

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

20091

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| Melissa Jeanne Weick<br>2375 Academic Way<br>Owyhee, NV 89832 | Larry Michael Juceam<br>2375 Academic Way<br>Owyhee, NV 89832 | Bish's RV Inc. MID<br>1300 W Overland Rd<br>Meridian ID 83642 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| Used | 2006 | BOUNDER 32 | VIN: 1F6NF53Y660A06027 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 14,000.00 is |
|---|---|---|---|---|
| 12.450 % | $ 36,323.99 | $ 39,026.89 | $ 75,350.88 | $ 89,350.88 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 144 | $ 523.27 | Monthly beginning 05/10/2021 |
| N/A | $ N/A | N/A |
| N/A | | |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 15.00 or 5 % of the part of the payment that is late, whichever is greater.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Returned Check Charge:** You agree to pay a charge of $ 20.00 if any check or any electronic payment you give us is dishonored.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $** N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

### NO COOLING OFF PERIOD

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

Buyer Signs X Melissa J. Weick Co-Buyer Signs X [signature]

## OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is more than twice as large as the average of your earlier scheduled payments. If you are buying the vehicle primarily for personal, family, or household use, you have the right to refinance the balloon payment when due without penalty. The terms of the refinancing will be no less favorable to you than the terms of this contract. This provision does not apply if we adjusted your payment schedule to your seasonal or irregular income.

**2. YOUR OTHER PROMISES TO US**

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.** You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract, or, at our option, the highest rate the law permits.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all that you owe on this contract at once. Default means:
- You do not pay any payment on time; or
- You give false, incomplete, or misleading information during credit application, you start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that if you bought the vehicle primarily for personal, family, or household purposes, we will only treat these events as defaults if they significantly impair the prospect of payment, performance, or realization of the collateral.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's reasonable fee and court costs, as the law allows. You will also pay any reasonable collection costs we incur to enforce our security interest, as the law allows.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

Buyer Signs X Melissa J. Waick Co-Buyer Signs X

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including $ 2,603.64 sales tax) $ 52,598.64 (1)

2 Total Downpayment =
Trade-in 1999 (Year) RESIDENCY (Make) 3490 (Model)

| | |
|---|---|
| Gross Trade-In Allowance | $ 7,000.00 |
| Less Pay Off Made By Seller to N/A | $ 0.00 |
| Equals Net Trade In | $ 7,000.00 |
| + Cash | $ 7,000.00 |
| + Other N/A | $ 0.00 |
| + Other N/A | $ 0.00 |
| + Other N/A | $ 0.00 |
| (If total downpayment is negative, enter "0" and see 4J below) | $ 14,000.00 (2) |

3 Unpaid Balance of Cash Price (1 minus 2) $ 38,598.64 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
Life $ N/A
Disability $ N/A $ 0.00

| | |
|---|---|
| B Vendor's Single Interest Insurance Paid to Insurance Company | $ 0.00 |
| C Other Optional Insurance Paid to Insurance Company or Companies | $ 0.00 |
| D Optional Gap Contract | $ 0.00 |
| E Official Fees Paid to Government Agencies | $ 0.00 |
| F Government Taxes Not Included in Cash Price | $ 0.00 |
| G Government License and/or Registration Fees N/A N/A | $ 0.00 |
| H Government Certificate of Title Fees | $ 29.25 |
| I Optional Service Contract** Paid to N/A | $ 0.00 |

J Other Charges (Seller must identify who is paid and describe purpose)

| to | for | $ |
|---|---|---|
| N/A | for Prior Credit or Lease Balance | 0.00 |
| Dealer | Doc Fee | 399.00 |
| N/A | N/A | 0.00 |
| N/A | N/A | 0.00 |
| N/A | N/A | 0.00 |
| N/A | N/A | 0.00 |
| N/A | N/A | 0.00 |
| N/A | N/A | 0.00 |
| N/A | N/A | 0.00 |
| N/A | N/A | 0.00 |
| N/A | N/A | 0.00 |
| N/A | N/A | 0.00 |
| N/A | N/A | 0.00 |

Total Other Charges and Amounts Paid to Others on Your Behalf $ 428.25 (4)

5 Amount Financed (3 + 4) $ 39,026.89 (5)

**Purchase of an optional Service Contract is not required either to purchase or to obtain financing for the Vehicle.

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A, Year N/A. SELLER'S INITIALS N/A

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos. N/A Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X N/A

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked on page 1.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ N/A Type of Insurance N/A Term
Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

☐ N/A Type of Insurance N/A Term
Premium $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X N/A Buyer Signature N/A Date
X N/A Co-Buyer Signature N/A Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

Buyer Signs X Melissa J Mack Co-Buyer Signs X [signature]

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. WARRANTIES SELLER DISCLAIMS**

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**5. SERVICING AND COLLECTION CONTACTS**

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**6. APPLICABLE LAW**

Federal law and the law of the state of Idaho apply to this contract.

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X *Melissa J. Weick* Co-Buyer Signs X *[signature]*
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See the rest of this contract for other important agreements.**

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X *Melissa J Weick* Date 04/10/2021 Co-Buyer Signs X *[signature]* Date 04/10/2021
Buyer Printed Name Melissa Jeanne Weick Co-Buyer Printed Name Larry Michael Juceam
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X N/A Address N/A
Seller signs Bish's RV Inc. MID Date 04/10/2021 By X *[signature]* Title *Fin*

Seller assigns its interest in this contract to CAPITAL EDUCATORS FCU (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse
Seller Bish's RV Inc. MID
By X *[signature]* Title *Fin*


©2020 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.