**The Sloane/Tygret Law Group**
Jeffrey G. Sloane, Esq.
Nevada Bar No. 784
Rachel S. Tygret, Esq.
Nevada Bar No. 14120
510 South 8th Street
Las Vegas, Nevada 89101
Main: (725) 238-6011
Direct (702) 269-8570
Email: jeff@jsloanelaw.com
Email: rachel@jsloanelaw.com
Attorneys for Creditor
Capital Educators Federal Credit Union

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| In Re:<br><br>Larry Juceam<br><br>Melissa Weick-Juceam<br><br>Debtors. | In Proceedings Under Chapter 7<br><br>BK-26-50294-hlb<br><br>Trustee: Bradley G. Sims<br><br>Date: July 7, 2026<br>Time: 1:30 p.m. |

**NOTICE OF REMOTE HEARING ON MOTION FOR RELIEF FROM STAY**

**NOTICE IS HEREBY GIVEN** that a Motion For Relief From Stay was filed on June 3, 2026, by Jeffrey G. Sloane, Esq., of The Sloane/Tygret Law Group on behalf of Creditor/Movant Capital Educators Federal Credit Union. The Motion seeks the following relief: Relief from stay on a motor vehicle in which Debtor herein maintains an interest. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

THE SLOANE/TYGRET LAW GROUP
510 South 8th Street
Las Vegas, Nevada 89101
(725) 238-6011

THE SLOANE/TYGRET LAW GROUP
510 South 8th Street
Las Vegas, Nevada 89101
(725) 238-6011

| |
|---|
| If you object to the request for relief, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice.<br><br>If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:<br><br>• The court may refuse to allow you to speak at the scheduled hearing; and<br><br>• The court may rule against you without formally calling the matter at the hearing. |

**NOTICE IS FURTHER GIVEN** that the hearing will be held on July 7, 2026, at the hour of 1:30 p.m. Parties are permitted to appear telephonically by dialing **(833) 435-1820** and entering meeting ID **160 532 0260** and entering passcode **643758#**.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

DATED: June 3, 2026.

BY: /s/ JEFFREY G. SLOANE, ESQ.

Jeffrey G. Sloane, Esq.
Nevada Bar No. 784
510 South 8th Street
Las Vegas, Nevada 89101
Telephone: (725) 238-6011
jeff@jsloanelaw.com
Attorney for Creditor
Capital Educators Federal Credit Union