Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
July 06, 2026

**The Sloane/Tygret Law Group**
Jeffrey G. Sloane, Esq.
Nevada Bar No. 784
Rachel S. Tygret, Esq.
Nevada Bar No. 14120
510 South 8th Street
Las Vegas, Nevada 89101
Main: (725) 238-6011
Direct (702) 269-8570
Email: jeff@jsloanelaw.com
Email: rachel@jsloanelaw.com
Attorneys for Creditor
Capital Educators Federal Credit Union



**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| In Re:<br><br>Larry Juceam<br><br>Melissa Weick-Juceam<br><br>Debtors. | In Proceedings Under Chapter 7<br><br>BK-26-50294-hlb<br><br>Trustee: Bradley G. Sims<br><br>Date: N/A<br>Time: N/A |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

Having reviewed the Motion for Relief from Stay [***ECF No. 20*** ] (the “Motion”) filed on June 3, 2026, by Creditor, Capital Educators Federal Credit Union (the “Movant”), and after consideration of the record, the Court finds that Movant properly served the Motion on the Debtors

THE SLOANE/TYGRET LAW GROUP
510 South 8th Street
Las Vegas, Nevada 89101
(725) 238-6011

and Debtors' counsel, and that no opposition was filed. Therefore, for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. The automatic stay afforded the Debtors pursuant to 11 U.S.C. Section 362 is hereby terminated as to the 2006 FWTT BOUNDER 32; VIN#1F6NF53Y660A06027; and

2. The fourteen (14) day stay imposed under Bankruptcy Rule 4001(a)(3) is waived;

DATED: July 6, 2026

BY: /s/ JEFFREY G. SLOANE, ESQ.
Jeffrey G. Sloane, Esq.
Nevada Bar No. 784
510 South 8th Street
Las Vegas, Nevada 89101
Telephone: (725) 238-6011
jeff@jsloanelaw.com
Attorneys For Creditor
Capital Educators Federal Credit Union

THE SLOANE/TYGRET LAW GROUP
510 South 8th Street
Las Vegas, Nevada 89101
(725) 238-6011

**ALTERNATIVE METHOD re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing:
Unrepresented parties appearing:
Trustee:

_X_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

/s/ Jeffrey G. Sloane, Esq.
Jeffrey G. Sloane, Esq.
Nevada Bar No. 784
510 South 8th Street
Las Vegas, Nevada 89101
Telephone: (725) 238-6011
jeff@jsloanelaw.com
Attorneys For Creditor
Capital Educators Federal Credit Union